1000

No. 80-1411. BASKES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 80-1418. STEVLICH ET AL. *v.* UNITED STATES; and
No. 80-6242. KAVAJA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 639 F. 2d 786.

No. 80-1424. CANTERA-DUYOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 80-1428. ROSARIO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 80-1440. BAPTISTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 80-1448. BURNS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 80-5214. WALKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 80-5752. WILKEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 80-5763. COUCH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 80-5793. COOPER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 80-5796. TABB *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. 

No. 80-5864. KETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 80-5888. SMOTHERS *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.